In the Matter of the Arbitration between SAMUEL STRAUSBERG, Appellant, and MOVING PICTURE MACHINE OPERATORS UNION LOCAL 306 OF THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, Respondent.—

No opinion.   Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.